UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUANG MINH TRAN,<br><br>                    Petitioner,<br><br>          v.<br><br>WARDEN/FACILITY ADMINISTRATOR,<br>GOLDEN STATE ANNEX,<br><br>                    Respondent. | Case No. 1:26-cv-05113-NW<br><br>**ORDER RE PETITION FOR<br>WRIT OF HABEAS CORPUS**<br><br>Re: ECF No. 1 |

The Court is in receipt of Petitioner's Writ of Habeas Corpus ("Petition"). Respondents shall file a response to the Petition by July 20, 2026. Any response must include the Petitioner's full Form I-213, any orders of release or detention, any custody warrants or notices, any other portions of Petitioner's A-File relevant to the determination of the issues presented in the Petition, and Petitioner's criminal record to the extent one exists. Failure to timely respond shall be construed as a non-opposition. *See* L.R. 230(c). Petitioner may file a reply by July 27, 2026.

Respondents are prohibited from deporting Petitioner or removing him from the Eastern District of California while the Petition is pending. This matter is not set for a hearing though the Court may set one should it later be determined that a hearing is necessary.

        **IT IS SO ORDERED.**

Dated: July 6, 2026

_____
Noël Wise
United States District Judge

United States District Court
Eastern District of California